# COMPLAINT/REMOVAL DISMISSAL
United States District Court
Southern District of New York

Mag. Judge Dkt. No. 9-MJ-00118                  Date 12/0/19

USAO No. 2018R00803

The Government respectfully requests the Court to dismiss without prejudice the _X_ Complaint ____ Removal Proceedings in

United States v. Jeanne Martinez

The Complaint/~~Rule 40 Affida~~vit was filed on 1/4/19

_X_ U.S. Marshals please withdraw warrant.

_____
ASSISTANT UNITED STATES ATTORNEY
SHEB SWETT
(Print name)

**SO ORDERED:**

_____                   DEC 1 2 2019
UNITED STATES MAGISTRATE JUDGE              DATE
           SARAH L. CAVE
     UNITED STATES MAGISTRATE JUDGE
     SOUTHERN DISTRICT OF NEW YORK

Distribution: White → Court   Yellow → U.S. Marshals Services   Pink → AUSA Copy